FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DIETER STUSSY     v. OFFICE OF PERSONNEL MANAGEMENT

No. 14-3149

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) **Petitioner, Dieter Stussy,** certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Dieter Stussy

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Michael J. Schiff, Esq., Michael J. Schiff, A Professional Law Corporation

| July 17, 2014 | /s/ Michael J. Schiff |
|---|---|
| Date | Signature of counsel |
| | Michael J. Schiff |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: _____

# CERTIFICATE OF SERVICE

I certify that I served a copy of the Certificate of Interest on July 17, 2014 by United States Mail, to each of the following:

>William D. Spencer
>Clerk of the Board
>U.S. Merit Systems Protection Board
>1615 M Street, N.W.
>Washington, D.C. 20419-0002
>
>Director, Commercial Litigation Branch,
>Civil Division, U.S. Department of Justice
>Post Office Box 480
>Ben Franklin Station
>Washington, D.C. 20044
>
>Linnette Scott
>Office of Personnel Management
>Retirement Services-Appeals, Room 4H19
>1900 E. Street, N.W.
>Washington, D.C. 20415-3551

DATED: July 17, 2014

_____
Joanne Mills